RICHARDSON SCALE COMPANY, Respondent, v. BURR M. STARK, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Saratoga all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance on the ground that the moving party has failed to make out a case for a change of venue for the convenience of witnesses.

755 SEVENTH AVENUE CORPORATION, Appellant, v. WILLIAM R. EDRINGTON, Defendant, Impleaded with EARL CARROLL, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of NEW YORK ROOFING COMPANY, Lienor, Respondent, for an Order Continuing a Mechanic's Lien against the Public Improvement for the Construction Work for Seventeen Buildings and Tunnels for the Rockland State Hospital at Orangeburg, New York. NIEWENHOUS COMPANY, INC., and THE STANDARD ACCIDENT INSURANCE COMPANY, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LYDIA SPIEGELBERG, Respondent, v. BENJAMIN LISSBERGER and PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Executors, etc., of MARX LISSBERGER, Also Known as MAX LISSBERGER, Deceased, Appellants.— Orders so far as they granted plaintiff leave to serve an amended complaint, and extended her time so to do, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. 677 WEST END CORPORATION and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOHN W. COLLOPY, JR., Appellant, v. JOHN T. NORTON, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WILLIAM HENRY HARRISON, Otherwise Known as " HARRY " HARRISON, Respondent, v. HENRY SCHULTZ and Another, as Administrators, etc., of GEORGE SCHULTZ, Deceased, Appellants.— Orders reversed, with twenty dollars costs and disbursements, and motion for a preference denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of HARRY NEUMANN, Appellant, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of MAX B. KRONE, Doing Business under the Name of FEDERAL DETECTIVE BUREAU, Appellant, against W. ARTHUR CUNNINGHAM, as Comptroller of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.